| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Galveston Baykeeper §
§
versus §      Civil Action 4: 14-1500
§
Trendmaker Homes §
§

## Conference Memorandum

| Counsel: | Representing: |
|---|---|
| David Frederick | P. Baykeeper |
| Sharon Mattox | D. Trendmaker |
| Brandon Tuck | |

Date: October 28, 2014            Reporter: K. Metzger

Started: 3:05 p.m.                Ended: 3:30 p.m.

At the conference, these rulings were made:

_____

_____

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2014.
☐ A hearing is set for: _____ on _____, 2014.
☐ Trial preparation to be completed by: _____, 2014.
☐ A trial is set for: _____ on _____, 2014.
   ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2014.
☒ Internal review deadline          December 8, 2014.

_____
Lynn N. Hughes
United States District Judge