| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
April 01, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Galveston Baykeeper, | § § § § | |
| Plaintiff, | | |
| versus | § § § § § | Civil Action H-14-1500 |
| Trendmaker Homes, Inc., *et al.*, | | |
| Defendants. | | |

## Final Judgment

Having been advised that the parties reached a settlement, Galveston Baykeeper's claims against Trendmaker Homes, Inc., and Trendmaker Clear Lake, LLC, are dismissed with prejudice.

Signed on April 1, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge